UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRIVATE CLIENT FIDUCIARY CORPORATION, a Washington Corporation, as Guardian and Conservator of JOGINDER CHOPRA, M.D., an Incapacitated Person,<br><br>  Plaintiff,<br>  v.<br><br>PHAM SINGH CHOPRA, et al.,<br><br>  Defendants. | CASE NO. 22-CV-00436-LK<br><br>ORDER APPROVING SETTLEMENT, APPROVING GUARDIAN AD LITEM FEES, DISCHARGING GUARDIAN AD LITEM, AND DISMISSING CASE |

On December 21, 2023, the Court ordered the parties to either submit a proposed order or show cause why the Court should not (1) approve their proposed settlement; (2) approve settlement guardian ad litem Jean L. Gompf's fees and direct Dr. Chopra's conservatorship estate to pay them (*see* Dkt. No. 92 at 2); (3) discharge Ms. Gompf as settlement guardian ad litem; and (4) dismiss this case with prejudice and without an award of fees or costs to any party. Dkt. No. 97 at 6.

Having reviewed the parties' subsequently submitted proposed order, Dkt. No. 99, the report of settlement guardian ad litem Jean Gompf, Dkt. No. 96, the parties' proposed settlement,

ORDER APPROVING SETTLEMENT, APPROVING GUARDIAN AD LITEM FEES, DISCHARGING GUARDIAN AD LITEM, AND DISMISSING CASE - 1

Dkt. No. 96-1, and the remainder of the record, the Court:

1. APPROVES the settlement agreement, Dkt. No. 96-1, and AUTHORIZES Private Client Fiduciary to sign the settlement agreement, *id.*, for the reasons discussed in the Court's Order to Show Cause, Dkt. No. 97 at 3–5; *see also* Dkt. No. 99 at 1;

2. DIRECTS the parties to take all actions necessary to effectuate the terms of the settlement agreement, Dkt. No. 96-1,[1] and to fulfill the provisions of this Order;

3. APPROVES Ms. Gompf's fees of $4,750, Dkt. No. 96-2, for payment by Dr. Chopra's conservatorship estate for the reasons discussed in the Court's Order to Show Cause, Dkt. No. 97 at 5; *see also* Dkt. No. 99 at 1–2;

4. DISCHARGES Ms. Gompf as settlement guardian ad litem; and

5. DISMISSES this case with prejudice and without an award of fees or costs to any party.

The Clerk is DIRECTED to send a copy of this Order to Jean L. Gompf, 707 East Harrison Street, Seattle, Washington 98102, and to CLOSE this case.

Dated this 22nd day of December, 2023.

Lauren King
United States District Judge

---

[1] The settlement agreement states that it is also "subject to approval by . . . the state court in the conservatorship action," although "[t]he state court conservatorship may waive review after approval by the federal court[.]" *Id.* at 3.

ORDER APPROVING SETTLEMENT, APPROVING GUARDIAN AD LITEM FEES, DISCHARGING GUARDIAN AD LITEM, AND DISMISSING CASE - 2